# PD-0496-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

NO.05-14-00204-CR

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS, AT DALLAS

| | | |
|---|---|---|
| JIMMY ALBERT JOHNSON<br>APPELLANT, | § | APPEALED FROM THE |
| | § | |
| v. | § | 59TH DISTRIC COURT |
| | § | |
| THE STATE OF TEXAS<br>APPELLEE. | § | GRAYSON COUNTY, TEXAS |

*******************************************************************
PETITION FOR DISCRETIONARY REVIEW
*******************************************************************

SOLE ISSUE PRESENTED:

THE COURT BELOW ERRED IN DENYING APPELLANT'S MOTION TO
DISMISS FOR DENIAL OF DEFENDANT'S RIGHT TO A SPEEDY TRIAL

C. "THE CAT COMES OUT OF THE BAG"....ON PAGE 5

SHOWS BECAUSE APPLICANT REFUSED TO PLEAD GUILTY, HE WAS FORCED

TO PLEAD GUILTY AFTER 22 MONTHS OF CONSTANT DENIAL OF SPEEDY TRIAL.

*Jimmy a. Johnson* 4-20-15

TDCJ # 1909149

JIMMY ABLERT JOHNSON #1909149
PACK ONE UNIT
2400 WALLACE PACK ROAD
NAVASOTA, TEXAS 77868

NORTH HOUSTON TX 773

23 APR 2015 PM 5 L

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711